IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEREK DE JONG, et al., | |
| Plaintiffs, | Case No. 2:19-cv-5551 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Chief Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), Plaintiffs Derek de Jong, John Does 137-139, and Defendant The Ohio State University ("OSU") hereby stipulate to the **DISMISSAL WITH PREJUDICE** of any and all claims which have been, could have been, or should have been asserted against OSU in the Plaintiffs' Complaint. The parties will bear their own attorneys' fees, costs and expenses.

**Stipulated And Agreed To By:**

| Attorney for Plaintiffs: | Attorney for Defendant: |
|---|---|
| */s/ Richard W. Schulte* | DAVID A. YOST |
| Richard W. Schulte (0066030) | ATTORNEY GENERAL OF OHIO |
| Wright & Schulte, LLC | |
| 865 S. Dixie Dr. | */s/ Michael H. Carpenter (by email consent)* |
| Vandalia, OH 45377 | Michael H. Carpenter (0015733) (Trial Attorney) |
| (937) 435-7500 | Timothy R. Bricker (0061872) |
| (937) 435-7511 | Jennifer A.L. Battle (0085761) |
| rschulte@yourlegalhelp.com | David J. Barthel (0079307) |
| | Stephen E. Dutton (0096064) |
| *Counsel for Plaintiffs* | Carpenter Lipps and Leland LLP |
| | 280 Plaza, Suite 1300 |

1

        280 North High Street
        Columbus, OH 43215
        Phone: (614) 365-4100
        Fax: (614) 365-9145
        E-mail: carpenter@carpenterlipps.com
        bricker@carpenterlipps.com
        battle@carpenterlipps.com
        barthel@carpenterlipps.com
        dutton@carpenterlipps.com

        *Special Counsel for Defendant*
        *The Ohio State University*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on July 31, 2020. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

*/s/ Richard W. Schulte*
Richard W. Schulte (0066030)
Wright & Schulte, LLC
865 S. Dixie Dr.
Vandalia, OH 45377
(937) 435-7500
(937) 435-7511 facsimile
rschulte@yourlegalhelp.com

*Counsel for Plaintiffs*